■  CASIMIR J. MALLY, Petitioner, v NEW YORK UNIVERSITY et al., Re-

spondents.—Determination of respondent State Human Rights Appeal Board dated July 9, 1979, unanimously confirmed on the merits, without costs and without disbursements, and determination of respondent State Division of Human Rights dated June 5, 1979, unanimously confirmed on the merits, without costs and without disbursements. (See *Matter of Callaghan v State Div. of Human Rights,* 72 AD2d 679.) No opinion. Concur—Sandler, J. P., Sullivan, Bloom, Silverman and Ross, JJ.